ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Northrop Grumman Corporation | ) ASBCA No. 60848 |
| | ) |
| Under Contract No. FA2550-04-C-3008 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:            Stephen J. McBrady, Esq.
                                         Crowell & Moring LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:          E. Michael Chiaparas, Esq.
                                         DCMA Chief Trial Attorney
                                         Robert L. Duecaster, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60848, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

        Dated:


                                         JEFFREY D. GARDIN
                                         Recorder, Armed Services
                                         Board of Contract Appeals